IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CYNTHIA STRICKLAND**                                            **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO.: 5:15-cv-00104-KS-MTP**

**THE ADAMS COUNTY SHERIFF'S OFFICE, ET AL.**          **DEFENDANTS**

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, pursuant to Rule 41(a)(1)(ii), that the above-entitled action, Civil Action No. 5:15-cv-00104-KS-MTP, may be dismissed with prejudice, pursuant to the terms of a Release of Claims and Settlement Agreement entered into between all Parties, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Parties further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause with prejudice.

This the 20TH day of October, 2016.

Respectfully submitted,

*/s/ Craig R. Sessums*
Craig R. Sessums
*ATTORNEY FOR PLAINTIFF*


*/s/ Jason T. Marsh*
Jason T. Marsh
*ATTORNEY FOR MUNICIPAL DEFENDANT,*
*THE CITY OF NATCHEZ POLICE DEPARTMENT*


*/s/ William Robert Allen*
William Robert Allen
*ATTORNEY FOR DEFENDANT,*
*ADAMS COUNTY, MISSISSIPPI*